Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CESSNA,<br><br>Defendant. | Case No.: CIV-S-04-2533 FCD KJM<br><br>Hon. Frank C. Damrell, Jr.<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROBERT CESSNA** |

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal Without Prejudice of Defendant Robert Cessna and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Robert Cessna is hereby dismissed from this action without prejudice; and this action is now closed;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

///

///

///

///

BNFY 626604v1                    -1-                    (CIV-S-04-2533 FCD KJM)

**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROBERT CESSNA AND REQUEST TO RETAIN JURISDICTION**

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant Robert Cessna to enforce the terms described above of the Settlement Agreement between those parties dated June 28, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: August 3, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

BNFY 626604v1   -2-   (CIV-S-04-2533 FCD KJM)

**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROBERT CESSNA AND REQUEST TO RETAIN JURISDICTION**